## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Case Number: 2:21−mj−00203

Misty Dawn Nicol

## Notice of Resetting

**A proceeding has been reset in this case as to Misty Dawn Nicol as set forth below.**

**BEFORE:**
**Magistrate Judge Jason B Libby**

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 2/18/2021

**TIME:** 03:16 PM

**TYPE OF PROCEEDING:** Initial Appearance

Date:   February 17, 2021                                      Nathan Ochsner, Clerk